IN THE UNITED STATES BANKRUPTCY COURT
District of South Carolina

In the Matter of:
Bobby Lee McGraw

Case No. 14-00354

Chapter 13

Debtor(s)

## ORDER

This matter is before the Court on the objection of the Debtor to a claim in the amount of $761.73, filed in the above-entitled case on March 18, 2014 as claim number 11 by:

Army & Air Force Exchange Services
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

Following notice to the parties in interest, IT IS ORDERED:

Based on the information alleged in the objection,

IT IS ORDERED that the claim is disallowed.

AND IT IS SO ORDERED.

| Attorney for the debtor(s): | TRUSTEE: | CLAIMANT: |
|---|---|---|
| F. Lee O'Steen<br>O'Steen Law Firm, LLC<br>PO Box 36534<br>Rock Hill, SC 29732 | Trustee by electronic notice | Army & Air Force Exchange Services c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 |

**FILED BY THE COURT**
**08/06/2014**



US Bankruptcy Judge
District of South Carolina

Entered: 08/06/2014